No. 77–1510. SURETY TITLE INSURANCE AGENCY, INC. *v.* VIRGINIA STATE BAR. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–1050. DEKAM ET AL. *v.* CITY OF SOUTHFIELD ET AL., 435 U. S. 919;

No. 77–1140. DOYLE *v.* BOARD OF FIRE & POLICE COMMISSIONERS OF THE VILLAGE OF SCHAUMBERG, 435 U. S. 970;

No. 77–1188. BREZA *v.* CITY OF TRIMONT, 435 U. S. 963;

No. 77–1358. GAETANO ET AL. *v.* OBERDORFER, U. S. DISTRICT JUDGE, 435 U. S. 967;

No. 77–6149. HARPER *v.* DUFFY, 435 U. S. 963;

No. 77–6244. MARSCHALL ET UX. *v.* KRISTENSEN ET AL., 435 U. S. 963; and

No. 77–6299. PLEMONS *v.* ESTELLE, CORRECTIONS DIRECTOR, 435 U. S. 998. Petitions for rehearing denied.

JUNE 5, 1978

No. 77–1376. UNITED STATES *v.* GEORGIA ET AL. Affirmed on appeal from D. C. N. D. Ga. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would vacate the judgment and remand the case for further consideration in light of *United States* v. *Board of Commissioners of Sheffield, Alabama,* 435 U. S. 110 (1978).

No. 77–1450. BANG ET AL. *v.* NOREEN ET AL. Affirmed on appeal from D. C. Minn.

No. 77–1472. PENA *v.* SOUTHERN PACIFIC TRANSPORTATION Co. Appeal from Ct. Civ. App. Tex., 8th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.